FILED: October 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2226
(1:24-cv-01401-PTG-IDD)

---

COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; KEITH E. SONDERLING, in his official capacity as Acting Secretary of the United States Department of Labor; WILLIAM P. FARLEY, in his official capacity as Administrative Law Judge

Defendants - Appellees

and

LAWRENCE GLOSS; TRAVIS ROSIEK

Intervenors

---

O R D E R

---

This case is scheduled for Oral argument on October 28, 2026.

For reasons appearing to the court, this case is removed from the oral

argument calendar and placed in abeyance pending a decision by the United States Supreme Court in *Department of Labor v. Sun Valley Orchards*, No. 25-966.

The parties shall immediately notify this court upon issuance of a decision by the Supreme Court.

For the Court

/s/ Nwamaka Anowi, Clerk